**Order entered December 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00909-CR

### EX PARTE QUINCY BLAKELY

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. WX18-90017-M

## ORDER

Before the Court is appellant's December 3, 2018 motion emergency motion to stay trial court proceedings. In his motion, appellant requests that the Court stay trial court proceedings and in particular his trial scheduled for December 10, 2018. Appellant's motion is **DENIED**.


/s/    CRAIG STODDART
        JUSTICE